# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2019

157971(59)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CROWN ENTERPRISES, INC., DIBDETROIT
LLC, RIVERVIEW-TRENTON RAILROAD
COMPANY, CENTRAL TRANSPORT LLC,
and DETROIT INTERNATIONAL BRIDGE
COMPANY,
      Plaintiffs-Appellants,

v

STATE OF MICHIGAN, GOVERNOR,
DEPARTMENT OF TRANSPORTATION, and
MICHIGAN STRATEGIC FUND,
      Defendants-Appellees.

_____/

SC: 157971
COA: 340039
Court of Claims: 16-000317-MZ

On order of the Court, the motion for reconsideration of this Court's December 21, 2018 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).

CLEMENT, J., did not participate due to her prior involvement as chief legal counsel for the Governor.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2019

a0520

Clerk